TROTTER, Appellant, v. LISMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Walter C. Trotter, as receiver, against Frederick J. Lisman and others. Strong & Cadwalader, for appellant. C. K. Allen, for respondents.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissenting.